IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Crump, Lawanda C

Printed: 9/23/08

Case Number: 07 B 07833
Judge: Wedoff, Eugene R
Filed: 4/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: July 15, 2008
Confirmed: August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,638.84 |  |
| Secured: |  | 908.16 |
| Unsecured: |  | 4,405.84 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 438.82 |
| Other Funds: |  | 886.02 |
| Totals: | 8,638.84 | 8,638.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 2,000.00 |
| 2. | Credit Acceptance Corp | Secured | 0.00 | 908.16 |
| 3. | Credit Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Debt Recovery Solutions | Unsecured | 68.32 | 16.08 |
| 5. | Capital One | Unsecured | 751.00 | 176.76 |
| 6. | Sallie Mae | Unsecured | 834.39 | 196.37 |
| 7. | Loan Express Company | Unsecured | 360.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 580.00 | 136.50 |
| 9. | Nuvell Credit Company LLC | Unsecured | 14,678.14 | 3,454.50 |
| 10. | World Financial Network Nat'l | Unsecured | 440.45 | 103.65 |
| 11. | AmeriCash Loans, LLC | Unsecured | 346.50 | 81.54 |
| 12. | Jefferson Capital | Unsecured | 615.65 | 144.88 |
| 13. | Loan Express Company | Unsecured | 406.00 | 95.56 |
| 14. | Allaince Credit & Collection | Unsecured |  | No Claim Filed |
| 15. | Zip Cash | Unsecured |  | No Claim Filed |
| 16. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 19. | Enterprise | Unsecured |  | No Claim Filed |
| 20. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 22. | Willabee & Ward | Unsecured |  | No Claim Filed |
| 23. | Loan Express Company | Unsecured |  | No Claim Filed |
| 24. | United Cash Loans | Unsecured |  | No Claim Filed |
| 25. | Ameriloan | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Crump, Lawanda C | Case Number: 07 B 07833 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 4/30/07 |

| | | | | |
|---|---|---|---|---|
| 26. | A All Financial | Unsecured | | No Claim Filed |
| 27. | Nationwide Collection Inc | Unsecured | | No Claim Filed |
| 28. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 29. | Cash Direct Express | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,080.45 | $ 7,314.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 319.43 |
| 6.5% | 119.39 |
| | _____ |
| | $ 438.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____